## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**HEAVEN JEROME, JR.,**

     **Plaintiff,**

**v.**                                    **Case No: 5:23-cv-247-WFJ-PRL**

**SEVEN ELEVEN,**

     **Defendant.**

_____

### ORDER

Plaintiff, a detainee housed in the Marion County Jail, is proceeding *pro se*. Plaintiff initiated this case by filing a complaint (Doc. 1) in which he alleges that Seven Eleven failed to post an updated license for the lottery, tobacco, and alcohol sales. After Plaintiff confronted the store clerk about the expired licenses, the store clerk called the police. He states that he was taken to jail because the store clerk lied.

Plaintiff is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983 (against state or local officials). *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Here, Plaintiff has not provided the Court with all of the information required by the civil rights complaint form.

Accordingly, it is

**ORDERED:**

1.      This case is **DISMISSED without prejudice.**

2.      The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3.      The **Clerk** shall send Plaintiff a Civil Rights Complaint form, instructions, and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed *in forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 20th day of April 2023.

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

Copies to: Pro Se Partry